mailing" (Vt Stat Ann, tit 8, § 4226). Although the statute does not require that a certificate of mailing be on a USPS-provided form (*see Loiselle v Barsalow*, 180 Vt 531, 533, 904 A2d 1168, 1172 [2006]), Dairyland's "register of mail" (i.e., its self-generated documentation to prove compliance with Vt Stat Ann, tit 8, § 4226) failed to constitute a certificate of mailing as required by the statute. Indeed, there is no indication that the notice of cancellation was ever received by the USPS, since there were no stamps, postmarks, or signature of a recipient postal employee on Dairyland's register (*cf. Loiselle*, 180 Vt at 533, 904 A2d at 1172). The affidavits submitted by Dairyland also failed to demonstrate that the register and the IMB tracking record for the notice of cancellation comply with the certificate of mailing requirement (*cf. Loiselle*, 180 Vt at 532-533, 904 A2d at 1171-1172). Accordingly, Dairyland failed to show that Turner's insurance policy was properly cancelled before the subject accident. Concur—Friedman, J.P., Acosta, Abdus-Salaam, Manzanet-Daniels and Román, JJ.

■ In the Matter of BABAK SAADATMAND, Petitioner, v LA TIA W. MARTIN et al., Respondents. [953 NYS2d 180]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Friedman, J.P., Acosta, Abdus-Salaam, Manzanet-Daniels and Román, JJ.

■ In the Matter of DIANE WORD, Petitioner, v SHERRY KLEIN HEITLER, Respondent. [953 NYS2d 180]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Friedman, J.P., Acosta, Abdus-Salaam, Manzanet-Daniels and Román, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANONYMOUS, Appellant. [950 NYS2d 906]—Order, Supreme Court, New York County, (Charles H. Solomon, J.), entered on or about November 29, 2011, which, upon remand from this Court (87 AD3d 443 [1st Dept 2011]), adhered to its prior order denying defendant's CPL 440.46 motion for resentencing, unanimously affirmed.